1  KELLEY DRYE & WARREN LLP
   Lee S. Brenner (STATE BAR NO. 180235)
2  Audrey J. Jing (STATE BAR NO. 247244)
   Kenneth D. Kronstadt (STATE BAR NO. 259996)
3  10100 Santa Monica Boulevard, Twenty-Third Floor
   Los Angeles, California 90067-4008
4  Telephone: (310) 712-6100
   Facsimile: (310) 712-6199
5  lbrenner@kelleydrye.com
   ajing@kelleydrye.com
6  kkronstadt@kelleydrye.com

7  Attorneys for Defendants CBS Studios Inc.
   (erroneously sued as CBS Radford Production,
8  CBS Paramount Network Television, a
   division of CBS Studios Inc.), Mara Brock
9  Akil, Akil Productions, Inc. (f/k/a Happy
   Camper Productions), Kelsey Grammer, and
10 Grammnet Productions (erroneously sued as
   Gramment Productions)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Cassandra D. Colo'n, an individual, | CASE NO. 12 CV 00861 MLR-VBKx |
|---|---|
| Plaintiff, | (The Honorable Manuel L. Real) |
| v. | **JUDGMENT DISMISSING PLAINTIFF'S COMPLAINT** |
| MARA BROCK AKIL, KELSEY GRAMMER, HAPPY CAMPER PRODUCTIONS, GRAMMENT PRODUCTIONS and CBS RADFORD PRODUCTIONS WITH CBS PARAMOUNT NETWORK TELEVISION, a division of CBS STUDIOS INC, and ALLISON JORDAN, et al., | Fed. R. Civ. Proc. 58 |
| | Trial Date:    None set |
| Defendants. | |

300730.1.doc

[PROPOSED] JUDGMENT

# JUDGMENT

On May 8, 2012, by written Order (Docket Entry 24), this Court granted the motion of defendants CBS Studios Inc., Mara Brock Akil, Akil Productions, Inc., Kelsey Grammer and Grammnet Productions (collectively, "Defendants") to dismiss the Complaint of Plaintiff Cassandra D. Colo'n ("Plaintiff") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The motion to dismiss was filed by defendant CBS Studios, Inc. and joined by defendants Mara Brock Akil, Akil Productions, Inc., Kelsey Grammer and Grammnet Productions (Docket Entry 8).

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1. Pursuant to the Court's May 8, 2012 Order, which is incorporated herein by reference, Plaintiff's Complaint against Defendants and defendant Allison Jordan is dismissed in its entirety.

2. Defendants are the prevailing parties in this action and are entitled to their costs.

3. Requests for attorneys' fees may be made by regularly noticed motion to the Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure and any other applicable rules and statutes, including Section 505 of the United States Copyright Act.

4. Requests for costs may be made by application to the Clerk of the Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure, and any other applicable rules and statutes.

DATED: _May 10, 2012__

_____
The Honorable Manuel L. Real
United States District Judge